UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICIO NUNO CARRERA AND GERALDO MARQUEZ, *individually and on behalf of all similarly situated employees*,

Plaintiffs,

v.

DT HOSPITALITY GROUP INC. *doing business as* CO BA RESTAURANT AND KIEN TRUONG,

Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5-13-20

19-CV-4235 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 27, 2020, the Clerk of Court entered a certificate of default against Defendant DT Hospitality Group Inc. and on May 12, 2020, Plaintiffs moved for default judgment against Defendant. Dkts. 30, 37. Upon consideration of these documents and the supporting Declaration of David D. Barnhorn, Dkt. 39, it is hereby:

ORDERED that Plaintiffs shall serve a copy of the motion for default judgment, any supporting papers, and this Order by **June 3, 2020** on Defendant by the methods described in Rule 4 of the Federal Rules of Civil Procedure. Plaintiffs shall file proof of service of these documents via ECF.

IT IS FURTHER ORDERED that answering papers, if any, should be served upon Plaintiffs by **June 24, 2020**.

In light of the COVID-19 crisis, the Court will not hold a conference and will instead resolve this matter on the papers. If Defendant fails to file answering papers on Plaintiffs by June 24, 2020, or fails to request an extension to do so, judgment may be entered for Plaintiffs.

SO ORDERED.

Dated:   May 13, 2020
         New York, New York

RONNIE ABRAMS
United States District Judge