```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRICIO NUNO CARRERA and GERALDO
MARQUEZ, on behalf of themselves and all
others similarly situated,

                             Plaintiffs,                              ORDER

            -against-                                           19-CV-4235 (RA) (KHP)

DT HOSPITALITY GROUP, d/b/a CO BA
RESTAURANT, et al.,

                             Defendants.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me to conduct an inquest on damages. (ECF No. 51.) By **Thursday, May 13, 2021,** Plaintiffs are directed to serve and file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, including the costs of this action, Plaintiffs' reasonable attorneys' fees, if applicable, and proposed findings of fact and conclusions of law. All proposed findings of fact must be supported by admissible evidence introduced through affidavit. All proposed conclusions of law must be supported by reference to applicable law. Claims for actual or statutory damages must be specified and supported with admissible evidence. Claims for attorneys' fees, if applicable, and costs must be supported by detailed attorney time records and evidence of costs (such as receipts or evidence of paid invoices) introduced through an attorney declaration.

**By no later than Wednesday, April 28, 2021**, Plaintiffs shall serve a copy of the Default Judgment issued by the Hon. Ronnie Abrams in this matter (ECF No. 50,) along with a copy of this Order via a method intended to ensure delivery to Defendant DT Hospitality Group Inc.

d/b/a Co Ba Restaurant ("DT Hospitality").  Plaintiffs shall file an affidavit of service of the Default Judgment and this Order with the Court.   Plaintiffs shall also serve a copy of all papers filed in connection with the damages inquest (as described in the first paragraph of this Order) on DT Hospitality **by Thursday, May 13, 2021** and shall file an affidavit of service of the same with the Court.

Defendant DT Hospitality shall have until **Monday, June 14, 2021** to object or otherwise respond to Plaintiffs' application for damages in connection with the Default Judgment.  Defendants must file any objections or response with the Court and serve the response and/or objections on Plaintiffs' counsel.

A telephonic hearing will take place on **Tuesday, June 29, 2021 at 11:00 a.m.**  Counsel for the parties shall be prepared to answer questions and provide testimony, as appropriate, on the damages application.  Counsel are also directed to call the Court's conference line at the scheduled date and time.  Please dial (866) 434-5269, access code: 4858267.

SO ORDERED.

Dated: March 29, 2021
    New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2