```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRICIO NUNO CARRERA and GERALDO
MARQUEZ, on behalf of themselves and all
others similarly situated,

                           Plaintiffs,                      ORDER

              -against-                                19-CV-4235 (RA) (KHP)

DT HOSPITALITY GROUP, d/b/a CO BA
RESTAURANT, et al.,

                           Defendants.
-----------------------------------------------------------------X
```

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:** _____
**DATE FILED:** 6/15/2021

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 26, 2021 this case was referred to the undersigned to conduct an inquest on damages. (ECF No. 51.) On March 29, 2021 the Court issued a scheduling order requiring Plaintiffs to file an inquest memorandum, accompanied by supporting affidavits and exhibits setting forth proof of damages, and proposed findings of fact and conclusions of law. (ECF No. 52.) The scheduling order also required Plaintiffs to serve a copy of all papers filed in support of their damages application on defaulting Defendant DT Hospitality Group Inc. by May 13, 2021 and to file a corresponding affidavit of service with the Court. On May 11, 2021 the Court granted Plaintiffs an extension – to June 14, 2021 – to file the aforementioned inquest memorandum and supporting papers. (ECF No. 56.)

On June 14, 2021 Plaintiffs timely filed their materials in support of their damages application (ECF Nos. 57-59,) but failed to file an affidavit of service with the Court. Accordingly, Plaintiffs are hereby ordered to serve these papers on the defaulting Defendant and to file an affidavit of service with the Court as soon as possible.

**SO ORDERED.**

Dated: June 15, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge