**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
PATRICIO NUNO CARRERA and GERALDO
MARQUEZ, on behalf of themselves and all
others similarly situated,

                Plaintiffs,                              19 **CIVIL** 4235 (RA)(KHP)

      -against-                                 **JUDGMENT**

DT HOSPITALITY GROUP, d/b/a CO BA
RESTAURANT, et al.,
                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 7, 2021, judgment is entered in the amount of $423,864.56 for Patricio Nuno Carrera and $437,434.56 for Geraldo Marquez, plus pre-judgment interest to each plaintiff on a principal of $128,077.28 at an interest rate of nine percent per year from April 19, 2016 to the date of entry of the judgment, in the amount of $65,024.66. Each plaintiff is also to be awarded post-judgment interest, to be calculated from the date the Clerk of Court enters judgment in this action until the date of payment, using the federal rate set forth in 18 U.S.C. § 1961. Finally, Plaintiffs are awarded attorneys' fees in the amount of $19,750 and the requested amount of costs totaling $570.

**Dated:**  New York, New York
          December 8, 2021

                                                               **RUBY J. KRAJICK**
                                                                 **Clerk of Court**
                             **BY:**       *K. Mango*
                                                                   **Deputy Clerk**